# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PATRICK S. GULDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  12-CV-1245-JTM-DJW |
| | ) |
| COMPASS MINERALS, | ) |
| A Corporation, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW ANSWER TO COMPLAINT

On August 1, 2012, Defendant filed its Answer to the Complaint. Defendant filed its Answer based on its belief (apparently mistaken) that Plaintiff had served the Complaint on July 11, 2012. Upon receiving notice that Defendant had filed its Answer, Plaintiffs' counsel indicated that he had not served the Complaint on Defendant, as Plaintiff had not decided whether to pursue his claims in Federal Court (Plaintiff currently has a pending labor arbitration, the outcome of which may determine Plaintiff's decision to pursue the claims in his Complaint). After consultation with Plaintiff's counsel, Defendant agreed to seek to withdraw the Answer it filed on August 1, 2012. Defendant hereby so seeks. Defendant will timely respond to the Complaint if and when Plaintiff properly serves it.

Respectfully submitted,

/s/ Jeffrey D. Hanslick
Jeffrey D. Hanslick                    KS 22612
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
Fax:  (816) 983-8080
jeffrey.hanslick@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

KCP-4247212-1

## **CERTIFICATE OF SERVICE**

       I hereby certify that I served a copy of the above and foregoing document on counsel of record by first-class U.S. mail this 2nd day of August, 2012, at the following address:

Michael M. Shultz
Law Firm of Michael M. Shultz
901 Kentucky, Suite 305
Lawrence, KS 66044
785-838-4300
Michael@theshultzlawfirm.com

                    /s/ Jeffrey D. Hanslick
                    **ATTORNEY FOR DEFENDANT**