IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATRICK S. GULDNER,

Plaintiff,　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　) Case No.: 2012-CV-02145-JTM-DJW

v.　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)

COMPASS MINERALS,
　　　　a corporation,

Defendant.

---

## VOLUNTARY DISMISSAL

The Plaintiff, by through undersigned counsel, submits this voluntary dismissal pursuant to FRCP 41(a)(1)(A)(i) as the defendant has not filed an Answer or a Motion for Summary Judgment in this action.

The Plaintiff requests that the Clerk of the Court terminate this matter.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Michael M. Shultz_____
　　　　　　　　　　　　　　　　　　　　　　Michael M. Shultz Ks Bar No. 18093
　　　　　　　　　　　　　　　　　　　　　　Law Firm of Michael M. Shultz
　　　　　　　　　　　　　　　　　　　　　　901 Kentucky, Suite 305
　　　　　　　　　　　　　　　　　　　　　　Lawrence, Kansas 66044
　　　　　　　　　　　　　　　　　　　　　　785-838-4300
　　　　　　　　　　　　　　　　　　　　　　Michael@theshultzlawfirm.com

Certificate of Service

The undersigned certifies that he served the foregoing on defendant on the 3rd of October 2012 by an attachment to an electronic mail and addressed to:

Jeffrey Hanslick

jeffrey.hanslick@huschblackwell.com

s/ Michael M. Shultz_____